**PORT TERMINAL RAILROAD ASSOCIATION et al.**

v.

**Robert R. HARLOW.**

No. C–6467.

Supreme Court of Texas.

Feb. 10, 1988.

The order of this court of October 7, 1987, granting the application for writ of error is withdrawn as the application was improvidently granted.

The application for writ of error is denied with the notation, Writ Denied.